# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RENEWABLE RESOURCES GROUP, INC.<br>Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| vs. | §<br>§ | Civil Action No. 4:09-cv-01322 |
| BANK OF LONDON AND THE MIDDLE EAST<br>Defendant. | §<br>§<br>§<br>§ | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Renewable Resources Group, Inc. files its notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i) as follows:

1.     Plaintiff is Renewable Resources Group, Inc. Defendant is Bank of London and the Middle East.

2.     On May 1, 2009, Plaintiff sued Defendant.

3.     Defendant has not been served with process and has not filed an answer or motion for summary judgment.

4.     This case is not a class action.

5.     A receiver has not been appointed in this action.

6.     This case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

7.     Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8.     This dismissal is without prejudice to refiling.

Respectfully submitted,

_____
**Lloyd R. Cunningham, 05247500/4609**
12 Greenway Plaza, Suite 1310
Houston, TX 77046
Telephone:      713-961-9929
Facsimile:      713-961-9788

**Attorney-in-Charge for Plaintiff
Renewable Resources Group, Inc.**

OF COUNSEL:

**CUNNINGHAM LAW GROUP**
12 Greenway Plaza, Suite 1310
Houston, Texas 77046
Telephone:      713-961-9929
Facsimile:      713-961-9788