IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RENEWABLE RESOURCES GROUP, INC., | } |
| *Plaintiff*, | } |
| v. | } Civil Action No. H-09-1322 |
| BANK OF LONDON AND THE MIDDLE EAST, | } |
| *Defendant*. | } |

### ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal (Doc. 5), which was filed on August 28, 2009, the Court hereby ORDERS that this case is DISMISSED without prejudice pursuant to Rule 41(a)(1)(i).

SIGNED at Houston, Texas, this 2nd day of September, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE